IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff : Case No. 3:11-PO-158

vs. : HONORABLE MICHAEL J. NEWMAN

GRUNDY, Martin D. :

        Defendant :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on December 14, 2011, and adds the following condition:

> *Participate in a program of inpatient or outpatient substance abuse therapy or counseling if the pretrial services office or supervising officer considers it advisable.*

All other bond conditions remain in full force and effect.

Date: March 14, 2012

                                                                   *Michael Newman*
                                                  HONORABLE MICHAEL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE